**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: David Drumheller | CASE NO.: 21–22556–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–1287 | CHAPTER: 7 |

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Mark S. Tulis is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: January 6, 2022

                                                        Robert D. Drain, Bankruptcy Judge