# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: admin | Date Created: 1/6/2022 |
| Case: 21–22556–rdd | Form ID: 149 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
tr    Mark S. Tulis    mtulis.trustee@gmail.com
aty    Daniel Scott Alter    dsa315@mac.com
aty    Mark S. Tulis    mtulis.trustee@gmail.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    David Drumheller    32 Agnew Farm Road    Armonk, NY 10504–1371

TOTAL: 1